**HONORABLE JUDGE RICARDO S. MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Civil No. C70-9213 |
| Plaintiffs, | |
| | Sub-proceeding No. 01-2 |
| vs. | |
| STATE OF WASHINGTON, et al., | STIPULATION: CONFIDENTIALITY OF DOCUMENTS PROVIDED IN DISCOVERY |
| Defendants. | |

The Court, in its Order on Motion for a Protective Order, Doct. 185, May 11, 2006, held:

(4) Documents and information provided by the Samish Indian Nation pursuant to discovery requests as part of this sub-proceeding shall not be used in any other legal proceeding without further Order of this Court. Financial information disclosed by the Samish Indian Nation pursuant to discovery requests shall remain confidential. Treaty Tribes shall confer with the Samish Indian Nation before including any financial information in any pleading they may file with this Court, for purposes of reaching appropriate procedures to protect the confidentiality of such information.

The active parties to sub-proceeding 01-2 enter into the following stipulation regarding submission to the Court of financial information disclosed by the Samish Indian Nation in discovery:

1. The party (including the Samish Nation) submitting Samish financial information

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 1

Craig J. Dorsay
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, OR  97201
(503) 790-9060

1 either in the body of a pleading or as an exhibit or attachment, including any reports, data or other
2 such information ("financial information") shall redact the financial information from the pleading
3 filed electronically with the Court as part of the public record of the proceeding.  A blank space
4 will appear for financial information redacted from the body of a pleading or for financial
5 information that appears within the body of an exhibit or other document.  If a complete
6 document is redacted, a single page shall be included in the document's place identifying the
7 nature of the document that has been redacted.

8  2. Simultaneously with such filing, the party filing the pleading shall send either by
9 facsimile or electronically a copy of such  pleading (s) that includes all the redacted financial
10 information  to all other  parties to the proceeding.

11  3. The Court's working copy of any pleading shall include all financial information
12 redacted from the pleading filed electronically with the Court as part of the public record of the
13 proceeding.

14  4. The Samish Indian Nation, for pleadings filed by the Treaty Tribes, shall have five
15 (5) business days after filing of any pleading by the Treaty Tribes to designate, by written
16 transmission to Treaty Tribes and to the Court Clerk, additional financial information that it
17 believes should be kept confidential.  A revised pleading, with the additional financial information
18 redacted, shall accompany such transmission.

19  5.  Counsel for Treaty Tribes may disclose Samish financial information to their
20 clients as part of this sub-proceeding with the understanding that such information shall not be
21 distributed or used for purposes other than as necessary for this sub-proceedings.  Samish
22 financial information shall not be used in any other legal proceeding.

23  6. In the event Treaty Tribes disagree with the designation by the Samish Indian
24 Nation of specific information as confidential financial information under paragraphs 1 or 4 of this
25 Stipulation, the parties shall confer in an attempt to resolve such dispute.  In the event the dispute
26

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 2

**Craig J. Dorsay**
**Attorney at Law**
**2121 S.W. Broadway, Suite 100**
**Portland, OR  97201**
**(503) 790-9060**

1  cannot be resolved within ten (10) days after a dispute is raised, the confidentiality of specific

2  financial information shall be submitted to the Court for resolution, whose decision shall be

3  considered a final decision for purposes of appeal.  In the event of an appeal of the Judge's

4  decision on any matter in this sub-proceeding, the parties agree that the full pleading including all

5  redacted financial information will be substituted into the record for purposes of the appeal, and

6  the Court shall enter an order covering the confidentiality of the record.

7       7.   To the extent possible, the Court shall redact financial information from any

8  Orders it issues.

9       8.   The intent of this stipulation is to prohibit the release of confidential and

10  proprietary Samish financial information to the general public.

11      9 .  Signature below constitutes agreement with the terms of the stipulation.

12

13

   s/ Craig J. Dorsay                          s/ Harold Chesnin *via email authorization
14 Craig J. Dorsay                              Harold Chesnin
   Samish Indian Nation                         Upper Skagit Indian Tribe
15

   Date:8/4/06                                  Date: 8/4/06
16

17

   s/ Michelle Hansen                           s/ James Jannetta
18 *via email authorization                     *via email authorization
   Michelle Hansen                              James Jannetta
19 Suquamish Indian Tribe                       Swinomish Indian Tribal Community

20 Date:8/4/06                                   Date: 8/4/06

21

22 s/ Daniel A. Raas                            s/ Lauren Rasmussen
   *via email authorization                     *via email authorization
23 Daniel A. Raas                               Lauren Rasmussen
   Lummi Nation                                 Jamestown S'Klallam Tribe
24

25 Date:8/4/06                                   Date:8/4/06

26

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 3

**Craig J. Dorsay**
**Attorney at Law**
**2121 S.W. Broadway, Suite 100**
**Portland, OR  97201**
**(503) 790-9060**

```
1

2

3      _____         s/ Timothy Weaver
       Mason Morisset                 * via email authorization
4      Tulalip Tribes                 Timothy Weaver
                                      Yakama Indian Nation
5
6      Date:_____      Date: 8/4/06

7

8      s/ Lauren Rasmussen
       *via email authorization
9      Lauren Rasmussen
       Port Gamble Band of S'Klallam
10
       Date: 8/4/06
11

12

13   APPROVED and ORDERED this _21___ day of August 2006.

14

15

16

17                                    _____
                                      RICARDO S. MARTINEZ
18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26
```

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 4

**Craig J. Dorsay**
**Attorney at Law**
**2121 S.W. Broadway, Suite 100**
**Portland, OR  97201**
**(503) 790-9060**